# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---

ZAN SUN and QING LING CHENG,

    Plaintiffs,

    v.

SHEN YUN PERFORMING ARTS, INC., FEI TIAN COLLEGE, FEI TIAN ACADEMY OF THE ARTS, DRAGON SPRINGS BUDDHIST INC., HONGZHI LI, and RUI LI,

    Defendants.

Civil Action No. 7:25-cv-3185 (JGLC)

**MOTION FOR ADMISSION *PRO HAC VICE***

---

    Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Steven M. Schneebaum, hereby move this Court for an Order for admission to practice *Pro Hac Vice* and to appear as counsel for Defendants in the above-captioned action.

    I am a member in good standing of the Bar of the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

    The statement under penalty of perjury prescribed pursuant to Local Rules 1.3 and 1.9(a) is attached hereto.

:

                              Respectfully submitted,

                              /s/ Steven M. Schneebaum

                              Steven M. Schneebaum
                              Steven M. Schneebaum, P.C.
                              1750 K Street, N.W.; Suite #1210
                              Washington, D.C.
                              Telephone: 202-742-5900
                              Email: sms@smslawdc.com

Dated: May 13, 2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ZAN SUN and QING LING CHENG,

    Plaintiffs,

v.

SHEN YUN PERFORMING ARTS, INC., FEI TIAN COLLEGE, FEI TIAN ACADEMY OF THE ARTS, DRAGON SPRINGS BUDDHIST INC., HONGZHI LI, and RUI LI,

    Defendants.

Civil Action No. 7:25-cv-3185 (JGLC)

**STATEMENT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

---

I, **Steven M. Schneebaum**, hereby depose and say:

1. I am an attorney, and the principal of the law firm of Steven M. Schneebaum, P.C.

2. I submit this statement in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the District of Columbia.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

7. My District of Columbia Bar Number is 956250. I was admitted on May 31, 1978.

8. Wherefore, your declarant respectfully submits that he be permitted *pro hac vice* to appear as counsel and advocate for all Defendants in case No. 7:25-cv-3185 (JGLC).

Pursuant to 28 U.S.C. § 1746(1) and Local Rule 1.9(a) of the Rules of this Court, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 13, 2025, at Washington, D.C.

/s/ Steven M. Schneebaum
Steven M. Schneebaum
Steven M. Schneebaum, P.C.
1750 K Street, N.W.; Suite #1210
Washington, D.C, 20006
Telephone: 202-742-5900
Email:sms@smslawdc.com



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# Steven M Schneebaum

was duly qualified and admitted on May 31, 1978 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.

*In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on May 13, 2025.*

JULIO A. CASTILLO
Clerk of the Court

Issued By:

David Chu - Director, Membership
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ZAN SUN and QING LING CHENG,

    Plaintiffs,

v.

SHEN YUN PERFORMING ARTS, INC., FEI TIAN COLLEGE, FEI TIAN ACADEMY OF THE ARTS, DRAGON SPRINGS BUDDHIST INC., HONGZHI LI, and RUI LI,

    Defendants.

Civil Action No. 7:25-cv-3185 (JGLC)

**[PROPOSED] ORDER FOR ADMISSION OF COUNSEL *PRO HAC VICE***

---

The motion of **Steven M. Schneebaum**, Esq., to appear *pro hac vice* in the above-captioned action is hereby **GRANTED**.

Applicant has declared that he is a member in good standing of the bar of the District of Columbia Court of Appeals, and that his contact information is as follows:

    Name: Steven M. Schneebaum
    Firm Name: Steven M. Schneebaum. P.C.
    Address: 1750 K Street, N.W.; Suite #1210; Washington, D.C. 20006
    Telephone: (202) 742-5900
    Email: sms@smslawdc.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for all Defendants in the above-captioned action:

**IT IS HEREBY ORDERED** that Applicant is admitted *pro hac vice* in the above-captioned case. All counsel appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

                                                                         _____
                                                                         Hon. Jessica G.L. Clarke
                                                                         United States District Judge

Dated: