# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZAN SUN and QING LING CHENG,<br><br>    Plaintiffs,<br><br>    v.<br><br>SHEN YUN PERFORMING ARTS, INC., FEI TIAN COLLEGE, FEI TIAN ACADEMY OF THE ARTS, DRAGON SPRINGS BUDDHIST INC., HONGZHI LI, and RUI LI,<br><br>    Defendants. | Civil Action No. 7:25-cv-3185 (JGLC)<br><u>**MOTION FOR ADMISSION**</u><br><u>***PRO HAC VICE***</u> |

    Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, <u>Steven M. Schneebaum,</u> hereby move this Court for an Order for admission to practice *Pro Hac Vice* and to appear as counsel for Defendants in the above-captioned action.

    I am a member in good standing of the Bar of the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

    The statement under penalty of perjury prescribed pursuant to Local Rules 1.3 and 1.9(a) is attached hereto.

Respectfully submitted,

/s/ Steven M. Schneebaum
Steven M. Schneebaum
Steven M. Schneebaum, P.C.
1750 K Street, N.W.; Suite #1210
Washington, D.C.
Telephone: 202-742-5900
Email: sms@smslawdc.com

Dated: May 13, 2025