UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZAN SUN and QING LING CHENG,<br><br>    Plaintiffs,<br><br>    v.<br><br>SHEN YUN PERFORMING ARTS, INC., FEI TIAN COLLEGE, FEI TIAN ACADEMY OF THE ARTS, DRAGON SPRINGS BUDDHIST INC., HONGZHI LI, and RUI LI,<br><br>    Defendants. | Civil Action No. 7:25-cv-3185 (JGLC)<br>**DECLARATION IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

I, **Steven M. Schneebaum**, hereby depose and say:

1. I am an attorney, and the principal of the law firm of Steven M. Schneebaum, P.C.

2. I submit this statement in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the District of Columbia.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

7. My District of Columbia Bar Number is 956250. I was admitted on May 31, 1978.

8. Wherefore, your declarant respectfully submits that he be permitted *pro hac vice* to appear as counsel and advocate for all Defendants in case No. 7:25-cv-3185 (JGLC).

Pursuant to 28 U.S.C. § 1746(1) and Local Rule 1.9(a) of the Rules of this Court, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 13, 2025, at Washington, D.C.

_____
Steven M. Schneebaum
Steven M. Schneebaum, P.C.
1750 K Street, N.W.; Suite #1210
Washington, D.C, 20006
Telephone: 202-742-5900
Email:sms@smslawdc.com