# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZAN SUN and QING LING CHENG,<br><br>    Plaintiffs,<br><br>v.<br><br>SHEN YUN PERFORMING ARTS, INC., FEI TIAN COLLEGE, FEI TIAN ACADEMY OF THE ARTS, DRAGON SPRINGS BUDDHIST INC., HONGZHI LI, and RUI LI,<br><br>    Defendants. | Civil Action No. 7:25-cv-3185 (JGLC)<br>**[PROPOSED] ORDER FOR ADMISSION OF COUNSEL *PRO HAC VICE*** |

The motion of **Steven M. Schneebaum**, Esq., to appear *pro hac vice* in the above-captioned action is hereby **GRANTED**.

Applicant has declared that he is a member in good standing of the bar of the District of Columbia Court of Appeals, and that his contact information is as follows:

> Name: Steven M. Schneebaum
> Firm Name: Steven M. Schneebaum. P.C.
> Address: 1750 K Street, N.W.; Suite #1210; Washington, D.C. 20006
> Telephone: (202) 742-5900
> Email: sms@smslawdc.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for all Defendants in the above-captioned action:

**IT IS HEREBY ORDERED** that Applicant is admitted *pro hac vice* in the above-captioned case. All counsel appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

                                                Hon. Jessica G.L. Clarke
                                                United States District Judge

Dated: