## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

ZAN SUN; QING LING CHENG,

*Plaintiffs,*

v.

SHEN YUN PERFORMING ARTS, INC.; FEI TIAN COLLEGE; FEI TIAN ACADEMY OF THE ARTS; DRAGON SPRINGS BUDDHIST INC.; HONGZHI LI; and RUI LI,

*Defendants.*

Cause No. 7:25-cv-03185-JGLC

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Lea E. Patterson hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Shen Yun Performing Arts, Inc.; Fei Tian College; Fei Tian Academy of the Arts; Dragon Springs Buddhist Inc.; Hongzhi Li; and Rui Li in the above-captioned action.

I am in good standing of the bar of the state of Texas, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

1

Dated: May 20, 2025                    Respectfully Submitted,


                                       /s/ Lea E. Patterson
                                       Lea E. Patterson
                                       Butterfield & Patterson, PLLC
                                       P.O. Box 941681
                                       Plano, Texas 75094
                                       Tel.: (945) 284–0702
                                       Fax: (945) 523–0171
                                       lea@butterfieldpatterson.com