# AFFIDAVIT OF LEA E. PATTERSON

STATE OF TEXAS

COUNTY OF COLLIN

Before me, the undersigned authority, on this day personally appeared Lea E. Patterson who, after being by me duly sworn, stated as follows:

1. My name is Lea E. Patterson.

2. I am of sound mind, 18 years of age or older, and competent to give this affidavit.

3. I have personal knowledge of the facts in this statement.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no disciplinary proceedings against me.

The above is based on my personal knowledge, and it is true and correct.

*[signature]*
LEA E. PATTERSON

Sworn to and subscribed before me, the undersigned authority, on this the 20th day of May, 2025, by Lea E. Patterson.

JUSTIN E BUTTERFIELD
Notary ID #126534981
My Commission Expires
July 10, 2028

*[signature]*
JUSTIN E. BUTTERFIELD
Notary Public in and for the State of Texas