UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZAN SUN and QING LING CHENG,<br><br>*Plaintiffs,*<br><br>v.<br><br>SHEN YUN PERFORMING ARTS, INC.; FEI TIAN COLLEGE; FEI TIAN ACADEMY OF THE ARTS; DRAGON SPRINGS BUDDHIST INC.; HONGZHI LI; and RUI LI,<br><br>*Defendants.* | Cause No. 7:25-cv-03185-JGLC<br><br>**NOTICE OF APPEARANCE** |

To:   Clerk of Court
      United States District Court
      Southern District of New York

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Shen Yun Performing Arts, Inc.; Fei Tian College; Fei Tian Academy of the Arts; Dragon Springs Buddhist Inc.; Hongzhi Li; and Rui Li.


[Signature on Following Page]


1

Dated: May 22, 2025                                   Respectfully Submitted,


                                                       /s/ Lea E. Patterson
                                                      Lea E. Patterson*
                                                      BUTTERFIELD & PATTERSON, PLLC
                                                      P.O. Box 941681
                                                      Plano, Texas 75094
                                                      Tel.: (945) 284–0702
                                                      Fax: (945) 523–0171
                                                      lea@butterfieldpatterson.com

                                                      * *admitted pro hac vice*