UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZAN SUN and QING LING CHENG,<br><br>*Plaintiffs,*<br><br>v.<br><br>SHEN YUN PERFORMING ARTS, INC.; FEI TIAN COLLEGE; FEI TIAN ACADEMY OF THE ARTS; DRAGON SPRINGS BUDDHIST INC.; HONGZHI LI; and RUI LI,<br><br>*Defendants.* | Cause No. 7:25-cv-03185-JGLC<br><br>**NOTICE OF APPEARANCE** |

To:   Clerk of Court
      United States District Court
      Southern District of New York

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Shen Yun Performing Arts, Inc.; Fei Tian College; Fei Tian Academy of the Arts; Dragon Springs Buddhist Inc.; Hongzhi Li; and Rui Li.


[Signature on Following Page]

1

Dated: May 22, 2025                                     Respectfully Submitted,

                                                         /s/ Justin E. Butterfield
                                                        Justin E. Butterfield*
                                                        Butterfield & Patterson, PLLC
                                                        P.O. Box 941681
                                                        Plano, Texas 75094
                                                        Tel.: (945) 284–0701
                                                        Fax: (945) 523–0171
                                                        justin@butterfieldpatterson.com

                                                        * *admitted pro hac vice*