UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ZAN SUN** and **QING LING CHENG**,

     *Plaintiffs*,

  v.

**SHEN YUN PERFORMING ARTS, INC., FEI TIAN COLLEGE, FEI TIAN ACADEMY OF THE ARTS, DRAGON SPRINGS BUDDHIST INC., HONGZHI LI,** and **RUI LI**,

     *Defendants*.

Case No. 7:25-cv-03185

MOTION FOR ADMISSION PRO HAC VICE

 Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Terri E. Marsh hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Shen Yun Performing Arts, Inc., Fei Tian College, Fei Tian Academy of the Arts, Dragon Springs Buddhist Inc., Hongzhi Li, and Rui Li in the above-captioned action.

 I am in good standing of the bar of the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: July 3, 2025,

    Respectfully Submitted,

    Applicant Signature: /s Terri E. Marsh

    Applicant's Name: Terri E. Marsh

    Firm Name: Human Rights Law Foundation

    Address: 1333 New Hampshire Ave. NW, Ste. 204

City/State/Zip: Washington, DC 20036

Telephone/Fax: (202) 774-0893

Email: terri.marsh.hrlf@gmail.com