UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ZAN SUN and QING LING CHENG,

          *Plaintiffs*,

v.

SHEN YUN PERFORMING ARTS, INC., FEI TIAN COLLEGE, FEI TIAN ACADEMY OF THE ARTS, DRAGON SPRINGS BUDDHIST INC., HONGZHI LI, and RUI LI,

          *Defendants*.

Civil Action No.
Case No. 7:25-cv-03185

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

---

I, Terri E. Marsh, being duly sworn, hereby depose and say as follows:

1. I am the Executive Director with the Human Rights Law Foundation.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the District of Columbia.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7. Attorney Registration Number(s) if applicable:

   DC Bar # 447125.

8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 7:25-cv-03185 for Shen Yun Performing Arts, Inc., Fei Tian College, Fei Tian Academy of the Arts, Dragon Springs Buddhist Inc., Hongzhi Li, and Rui Li.

Dated:

__July 3__, __2025__    _____/s/ Terri E. Marsh_____

                                                    Signature of Movant

Movant's Name: <u>Terri E. Marsh</u>

Firm Name: <u>Human Rights Law Foundation</u>

Address: <u>1333 New Hampshire Ave. NW, Suite 204</u>

City/State/Zip: <u>Washington, DC 20036</u>

Telephone/Fax: <u>(202) 774-0893</u>

Email: <u>terri.marsh.hrlf@gmail.com</u>

**NOTARIZED**

Dorian Renaud Scott Sr.
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES MAY 29, 2027
REGISTRATION NUMBER: 8065749

Sworn to and subscribed before me this __3__ day of __July__ 20__25__.