UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ZAN SUN** and **QING LING CHENG**, <br><br> *Plaintiffs*, <br><br> v. <br><br> **SHEN YUN PERFORMING ARTS, INC., FEI TIAN COLLEGE, FEI TIAN ACADEMY OF THE ARTS, DRAGON SPRINGS BUDDHIST INC., HONGZHI LI,** and **RUI LI**, <br><br> *Defendants*. | Case No. 7:25-cv-03185 <br><br> **PROPOSED ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Terri E. Marsh to appear *pro hac vice* in the above-captioned action is hereby GRANTED.

Applicant has declared that she is a member in good standing of the bar of the District of Columbia and that her contact information is as follows:

> Name:        Terri E. Marsh
> Firm Name:   Human Rights Law Foundation
> Address:     1333 New Hampshire Ave. NW, Suite 204
> Telephone:   (202) 774-0893
> Email:       terri.marsh.hrlf@gmail.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Shen Yun Performing Arts, Inc., Fei Tian College, Fei Tian Academy of the Arts, Dragon Springs Buddhist Inc., Hongzhi Li, and Rui Li in the above-captioned action:

**IT IS HEREBY ORDERED** that Applicant is admitted *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of

attorneys.

DATE: _____                              _____
                                                   Hon. Jessica Clarke
                                                   United States District Judge
                                                   Southern District of New York