

*Sent via CM/ECF*

July 17, 2025

The Honorable Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, New York 10007

*Sun et al. v. Shen Yun Performing Arts, Inc., et al.*, No. 7:25-cv-3185

Notice of Intent to Amend Complaint

Dear Judge Clarke:

We represent Plaintiffs Zan Sun and Qing Ling Cheng in the above-captioned matter. We write in response to the Motion to Dismiss filed by Defendants on July 7, 2025, ECF No. 30.

Pursuant to Rule 4(e) of Your Honor's Individual Rules and Practices in Civil Cases, we write to notify the Court and opposing counsel that Plaintiffs intend to file an amended complaint in response to the Motion to Dismiss. Plaintiffs anticipate filing the amended complaint on or before July 28, 2025.

Respectfully submitted,

*/s/ Dr. JFO McAllister*
Dr. JFO McAllister
*Managing Partner*

cc: All Counsel of Record (via ECF)

641 LEXINGTON AVENUE | 13TH FLOOR | NEW YORK, NY 10022 | USA | +1 (212) 433-3456 | MCOLAW.COM

THE PEARCE BUILDING | WEST STREET | MAIDENHEAD | SL6 1RL | ENGLAND | +44 (0)20 3048 5959 | DX 6411 MAIDENHEAD

Partners:   **Dr Ann Olivarius** (Solicitor of England & Wales and Ireland; U.S. attorney licensed in MN, NH, VA, DC, ID & NY)
            **Dr JFO McAllister** (Registered Foreign Lawyer and U.S. attorney licensed in NY & CT)