UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ZAN SUN** and **QING LING CHENG**, | |
| Plaintiffs, | Case No.: 25-cv-3185 |
| v. | |
| **SHEN YUN PERFORMING ARTS, INC., FEI TIAN COLLEGE, FEI TIAN ACADEMY OF THE ARTS, DRAGON SPRINGS BUDDHIST INC., HONGZHI LI, and RUI LEE,** | <u>**NOTICE OF APPEARANCE**</u> |
| Defendants. | |

To:   Clerk of Court
    United States District Court
    Southern District of New York

**PLEASE TAKE NOTICE** that the undersigned hereby enters her appearance as counsel of record for Plaintiffs Zan Sun and Qing Ling Chen in the above-captioned action. The undersigned certifies that she is admitted to practice in this Court and respectfully requests to be noticed through the PACER system.

Dated: July 21, 2025          Respectfully submitted,

         /s/ Pamela Takefman
        Pamela Takefman
        **McALLISTER OLIVARIUS**
        641 Lexington Avenue, 13th Floor
        New York, New York 10022
        (212) 433-3456
        ptakefman@mcolaw.com
        *Counsel for Plaintiffs*