# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ZAN SUN** and **QING LING CHENG**, <br><br> *Plaintiffs*, <br><br> v. <br><br> **SHEN YUN PERFORMING ARTS, INC., FEI TIAN COLLEGE, FEI TIAN ACADEMY OF THE ARTS, DRAGON SPRINGS BUDDHIST INC., HONGZHI LI,** and **RUI LI**, <br><br><br> *Defendants*. | Case No. 7:25-cv-03185 <br><br> ~~PROPOSED~~ ORDER FOR ADMISSION PRO HAC VICE |

The motion of Terri E. Marsh to appear *pro hac vice* in the above-captioned action is hereby

GRANTED.

Applicant has declared that she is a member in good standing of the bar of the District of

Columbia and that her contact information is as follows:

> Name:        Terri E. Marsh
> Firm Name:   Human Rights Law Foundation
> Address:     1333 New Hampshire Ave. NW, Suite 204
> Telephone:   (202) 774-0893
> Email:       terri.marsh.hrlf@gmail.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Shen

Yun Performing Arts, Inc., Fei Tian College, Fei Tian Academy of the Arts, Dragon Springs

Buddhist Inc., Hongzhi Li, and Rui Li in the above-captioned action:

**IT IS HEREBY ORDERED** that Applicant is admitted *pro hac vice* in the above-captioned case

in the United States District Court for the Southern District of New York.  All attorneys appearing before

this Court are subject to the Local Rules of this Court, including the Rules governing discipline of

attorneys.

DATE: July 21, 2025
_____

*Jessica Clarke*
_____
Hon. Jessica Clarke
United States District Judge
Southern District of New York