UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZAN SUN and QING LING CHENG,

*Plaintiffs*,

v.

SHEN YUN PERFORMING ARTS, INC.,
FEI TIAN COLLEGE, FEI TIAN
ACADEMY OF THE ARTS, DRAGON
SPRINGS BUDDHIST INC., HONGZHI LI,
and RUI LEE,

*Defendants*.

Case No. 7:25-cv-03185

**NOTICE OF MOTION TO DISMISS THE COMPLAINT
PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1) and 12(b)(6).**

PLEASE TAKE NOTICE THAT, for the reasons stated in the concurrently filed memorandum of law, Defendants Shen Yun Performing Arts, Inc., Fei Tian College, Fei Tian Academy of the Arts, Dragon Springs Buddhist, Inc., Hongzhi Li, and Rui Li will move this Court at the United State Courthouse for the Southern District of New York, 500 Pearl St., New York, NY 10007-1312, before Judge Jessica G. L. Clarke, at a time to be decided, for an order granting Defendants' motion to dismiss the Plaintiffs' Complaint (ECF 15), pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6).

Dated: September 2, 2025

Respectfully submitted,

*/s/ Steven M. Schneebaum*
Steven M. Schneebaum*
Steven M. Schneebaum PC
1750 K Street NW #1210
Washington, DC 20006
sms@smslawdc.com
Telephone: (202) 742-5900

1

Justin E. Butterfield*
Lea E. Patterson*
Butterfield & Patterson, PLLC
PO Box 941681
Plano, Texas 75094
justin@butterfieldpatterson.com
lea@butterfieldpatterson.com
Telephone: (945) 284-0700

Terri Marsh*
Executive Director
Human Rights Law Foundation
1333 New Hampshire Ave. NW.
Suite 204
Washington, DC 20036
terri.marsh.hrlf@gmail.com
Telephone: (202)-774-0893

*Counsel for Shen Yun Performing Arts, Inc., Fei Tian College, Fei Tian Academy of the Arts, Dragon Springs Buddhist Inc., Hongzhi Li, and Rui Li.*

*Admitted pro hac vice*