UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ZAN SUN and QING LING CHENG,<br><br>*Plaintiffs*,<br><br>v.<br><br>SHEN YUN PERFORMING ARTS, INC., FEI TIAN COLLEGE, FEI TIAN ACADEMY OF THE ARTS, DRAGON SPRINGS BUDDHIST INC., HONGZHI LI, and RUI LEE,<br><br>*Defendants*. | Case No. 7:25-cv-03185 |

## DECLARATION OF STEVEN M. SCHNEEBAUM
## IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

Steven M. Schneebaum, an attorney admitted to practice *pro hac vice* before this Court, declares the following to be true, under penalty of perjury:

1. I am lead counsel for Defendants Shen Yun Performing Arts, Inc., Fei Tian College, Fei Tian Academy of the Arts, Dragon Springs Buddhist, Inc., Hongzhi Li, and Rui Li in the above-captioned action. I submit this declaration in support of Defendants' Motion to Dismiss the Complaint.

2. Annexed hereto are the exhibits submitted in support of Defendants' motion. Each exhibit is a true and complete copy of what it purports to be.

    a. Annexed hereto as Exhibit A is a copy of the Internal Revenue Service's May 31, 2006 determination letter for Dragon Springs Buddhist, Inc.

    b. Annexed hereto as Exhibit B is a copy of the Internal Revenue Service's September 15, 2010 determination letter for Fei Tian Academy of the Arts.

1

WHEREFORE, Defendants respectfully request that the Court grant their motion to dismiss the Complaint in its entirety, together with such other and further relief as this Court deems just and proper.

Dated: September 2, 2025                    Respectfully submitted,

*/s/ Steven M. Schneebaum*
Steven M. Schneebaum*
Steven M. Schneebaum PC
1750 K Street NW #1210
Washington, DC 20006
sms@smslawdc.com
Telephone: (202) 742-5900

*Lead Counsel for Shen Yun Performing Arts, Inc., Fei Tian College, Fei Tian Academy of the Arts, Dragon Springs Buddhist Inc., Hongzhi Li, and Rui Li.*

*Admitted pro hac vice

**EXHIBIT A**

Case 7:25-cv-03185-JGLC    Document 37-2    Filed 09/02/25    Page 3 of 7


```
Internal Revenue Service                Department of the Treasury
Director, Exempt Organizations          P.O. Box 2508
Rulings and Agreements                  Cincinnati, Ohio 45201

Date:   MAY 3 1 2006
                                        Person to Contact:
                                          Mary Sheer, ID# 31-08466
                                        Contact Telephone Numbers:
Dragon Springs Buddhist, Inc.             877-829-5500 Phone Toll-Free
140 Galley Hill Road                      513-263-3756 FAX
Cuddebackville, NY 12729                Federal Identification Number:
                                          11-3581083
```

Dear Sir or Madam:

This modifies our letter dated July 27, 2001. In that letter we determined that your organization is exempt under section 501(a) of the Internal Revenue Code, as an organization described in section 501(c)(3). We determined that you were not a private foundation within the meaning of section 509(a) of the Code because you were an organization described in sections 509(a)(1) and 170(b)(1)(A)(vi) of the Code.

In your letter dated November 29, 2005, you requested classification as an organization described in sections 509(a)(1) and 170(b)(1)(A)(i) of the Code. Based on the information you provided, we have determined that you meet the requirements for the requested foundation classification. Accordingly, we have granted your request and modified your foundation status to reflect an organization described in sections 509(a)(1) and 170(b)(1)(A)(i).

Your exempt status under section 501(a) of the Internal Revenue Code, as an organization described in section 501(c)(3) remains in effect.

All exempt organizations (unless specifically excluded) are liable for taxes under the Federal Insurance Contributions Act (social security taxes) on remuneration of $100 or more paid each employee during a calendar year. Your organization is not liable for the tax imposed under the Federal Unemployment Tax Act (FUTA).

If your organization is a church or a qualified church-controlled organization as defined in section 3121(w)(3) of the Code, it may elect to exclude wages paid to its employees (other than for services performed in an unrelated trade or business) for social security taxes. This election must be made by filing Form 8274 by the day before the date the organization's first quarterly employment tax return would be due under the revised law. If your organization makes this election, its employees who earn $100 or more during a calendar year become liable for the payment of the self-employment tax on the wages the organization pays them.

Donors may deduct contributions to your organization as provided in section 170 of the Code. Bequests, legacies, devises, transfers, or gifts to your organization or for its use are deductible for federal estate and gift tax purposes if they meet the applicable provisions of sections 2055, 2106, and 2522 of the Code.

Page 2

Dragon Springs Buddhist, Inc.
11-3581083

Your organization is not required to file federal income tax returns unless it is subject to the tax on unrelated business income under section 511 of the Code. If your organization is subject to this tax, it must file an income tax return on the Form 990-T, Exempt Organization Business Income Tax Return. In this letter, we are not determining whether any of your organization's present or proposed activities are unrelated trade or business as defined in section 513 of the Code.

Organizations that are not private foundations are not subject to the excise taxes under Chapter 42 of the Code. However, these organizations are not automatically exempt from other federal excise taxes.

The law requires you to make available for public inspection a copy of your organization's exemption application, any supporting documents and the exemption letter to any individual who requests such documents in person or in writing. You can charge only a reasonable fee for reproduction and actual postage costs for the copied materials. The law does not require you to provide copies of public inspection documents that are widely available, such as by posting them on the Internet (World Wide Web). You may be liable for a penalty of $20 a day for each day you do not make these documents available for public inspection.

Grantors and contributors may rely on this determination until the Internal Revenue Service publishes notice to the contrary. However, if you lose your section 509(a)(1) status, a grantor or contributor may not rely on this determination if he or she was in part responsible for, or was aware of, the act or failure to act that resulted in your loss of such status, or acquired knowledge that the Internal Revenue Service had given notice that you would be removed from classification as a section 509(a)(1) organization.

Because this letter could help resolve any questions about your exempt status and/or foundation status, you should keep it with your permanent records.

If you have any questions, please contact the person whose name and telephone number are shown in the heading of this letter.

Sincerely,

*Lois G. Lerner*

Lois G. Lerner
Director, Exempt Organizations
Rulings and Agreements

# EXHIBIT B

Internal Revenue Service
Director, Exempt Organizations
Rulings and Agreements

Department of the Treasury
P.O. Box 2508
Cincinnati, Ohio 45201

Date: SEP 15 2010

Fei Tian Academy of The Arts
C/O Zhenguo Han
Cuddebackville, NY 12729

**Employer Identification Number:**
 20-8841475
**Person to Contact – ID#:**
 John Rice - 0677001
**Toll Free Contact Number:**
 (877) 829-5500

Dear Sir or Madam:

Thank you for the information you submitted on May 16, 2010 regarding your request for exception from filing Form 990 as an integrated auxiliary of a church. We have made it part of your file.

Your organization requested classification as an integrated auxiliary of a convention of churches. After reviewing your submitted information, your organization does meet the criteria for classification as an integrated auxiliary of a church as described in section 1.6033-2(h) of the Treasury Regulations. Therefore, your organization is not required to file Form 990.

Since your exempt status was not under consideration, you continue to be classified as an organization exempt from Federal income tax under section 501(c)(3) of the Code. Furthermore, since your foundation status was also not under consideration, you continue to be classified as an organization with foundation status under section 509(a)(1) and 170(b)(1)(A)(ii) of the Code.

Publication 557, Tax-Exempt Status for Your Organization, provides detailed information about your rights and responsibilities as a tax-exempt organization. You may request a copy by calling the toll free number for forms, (800) 829-3676. Information is also available on our Internet Web Site at www.irs.gov/eo.

If you have any questions, please call our toll free number shown in the heading of this letter.

Thank you for your cooperation.

Sincerely,

Robert Choi
Director, Exempt Organizations
Rulings and Agreement