UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZAN SUN, et al., | |
| Plaintiffs, | 25-CV-3185 (JGLC) |
| -against- | **ORDER** |
| SHEN YUN PERFORMING ARTS, INC., et al., | |
| Defendants. | |

JESSICA G. L. CLARKE, United States District Judge:

IT IS HEREBY ORDERED that the initial pretrial conference in this matter, previously scheduled for October 15, 2025, at 10:00 a.m., is RESCHEDULED for November 19, 2025, at 10:00 a.m. The conference will still be held remotely via Microsoft Teams. The joint letter and proposed Civil Case Management Plan and Scheduling Order, as described in ECF No. 16, shall be filed by November 12, 2025. Should the parties find that an initial pretrial conference is no longer necessary, they may indicate as much in their proposed case management plan.

Dated: October 8, 2025
      New York, New York

SO ORDERED.

_____
JESSICA G. L. CLARKE
United States District Judge