

*Sent via CM/ECF*

October 15, 2025

The Honorable Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, New York 10007

*Zan Sun et al. v. Shen Yun Performing Arts, Inc. et al.*, No. 7:25-cv-03185

**Opposition to Defendants' Request for Leave to File a Reply Brief in Excess of Word Limits**

Dear Judge Clarke:

We represent Plaintiffs in the above-captioned action and respectfully request that the Court deny Defendants' request for leave to file a reply brief in excess of ten pages to the extent it exceeds the word limits set forth within S.D.N.Y. and E.D.N.Y. Local Rule ("LR") 7.1.

Plaintiffs' opposition to Defendants' motion to dismiss was 8,729 words, in compliance with LR 7.1. Plaintiffs contacted this Court's Chambers on October 2, 2025 and received confirmation that compliance with the word limits set out in LR 7.1 was sufficient even if Plaintiffs' memorandum exceeded the page limits set out within this Court's individual rules and practices.

In their email to Plaintiffs, Defendants requested an extension to 5,000 words, 1,500 words more than the 3,500-word limit set out in LR 7.1 and a 30% increase. Plaintiffs object to such a large excess over the allocated word limit. Both Defendants' motion to dismiss and Plaintiffs' opposition were able to address the legal issues in this case within the limits set out by LR 7.1 and Defendants are not allowed to raise new arguments for the first time on their reply brief. Allowing Defendants' to exceed the word limits allocated by the local rules would expend unnecessary judicial resources. *See United States v. Kiwitt*, No. 20-CR-6097-CJS-MJP-1, 2025 U.S. Dist. LEXIS 164751, at *10 (W.D.N.Y. Aug. 25, 2025) ("Page limits are intended to focus the parties' attention on the most pressing matters and winnow the issues to be placed before the Court, thereby conserving judicial resources.") (internal quotations and citations omitted).

Respectfully submitted,

John F.O. McAllister
jmcallister@mcolaw.com
*Counsel for Plaintiffs*
CC: All counsel of record via ECF

641 LEXINGTON AVENUE | 13TH FLOOR | NEW YORK, NY 10022 | USA | +1 (212) 433-3456 | MCOLAW.COM

THE PEARCE BUILDING | WEST STREET | MAIDENHEAD | SL6 1RL | ENGLAND | +44 (0)20 3048 5959 | DX 6411 MAIDENHEAD

Partners:  **Dr Ann Olivarius** (Solicitor of England & Wales and Ireland; U.S. attorney licensed in MN, NH, VA, DC, ID & NY)
**Dr JFO McAllister** (Registered Foreign Lawyer and U.S. attorney licensed in NY & CT)