

**SMS**

STEVEN M SCHNEEBAUM PC

202.742.5900 o.  |  202.449.3835 f.  |  202.744.3838 c.
www.smslawdc.com  |  sms@smslawdc.com
1750 K Street NW #1210, Washington DC 20006

**MEMO ENDORSED**

Via ECF

Hon. Jessica G. L. Clarke
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Application GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 41.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: October 16, 2025
  New York, New York

Re: *Zan Sun et al. v. Shen Yun Performing Arts, et al.*, Civil Action No. 7:25-cv-3185 (JGLC)
<u>Request for Leave to File a Reply Brief in Excess of Page Limits</u>

October 15, 2025

Dear Judge Clarke:

We represent Defendants in the above-captioned action. Defendants' reply brief in support of the Motion to Dismiss is due on Friday, October 17, 2025. We respectfully request leave to file a reply brief exceeding the 10-page limitation set out in this Court's Individual Rules and Practices, at Rule 4.b.

Plaintiffs' 40-page, 204-paragraph Amended Complaint brings nine different claims against six different Defendants, and our Motion to Dismiss and Plaintiffs' Opposition present multiple complex legal issues, including questions of statutory and constitutional interpretation that require more discussion than can be compressed into ten pages. Moreover, Plaintiffs' Opposition to the Motion to Dismiss (Doc. No. 38) has exceeded the 25-page limit, apparently without leave of Court.

We respectfully submit that extending the reply brief limitation to 14 pages would aid the Court in its consideration of all of these issues. We have conferred with counsel for Plaintiffs, and they have declined to agree to this request.

Respectfully submitted,

*Steven M. Schneebaum*
Steven M. Schneebaum
Counsel for Defendants

Cc: All counsel of record, via ECF