UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZAN SUN and QING LING CHENG,

                Plaintiffs,

-against-

SHEN YUN PERFORMING ARTS, INC., et al.,

                Defendants.

25-CV-3185 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

      After Plaintiffs amended their complaint on July 28, 2025, ECF No. 36, Defendants filed a renewed motion to dismiss on September 2, 2025, ECF No. 37. Defendants' initial motion to dismiss, ECF No. 30, filed in response to Plaintiffs' initial complaint, is therefore DENIED as moot. The Clerk of Court is respectfully directed to terminate ECF No. 30.

Dated: November 13, 2025
       New York, New York

                                                  SO ORDERED.

                                                  JESSICA G. L. CLARKE
                                                  United States District Judge