

*Sent via CM/ECF*

December 2, 2025

The Honorable Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, New York 10007

**Zan Sun et al. v. Shen Yun Performing Arts, Inc. et al., No. 7:25-cv-03185**

Dear Judge Clarke:

Pursuant to Local Rule 1.4, I write to inform the Court that soon I will no longer be *Of Counsel* with the firm McAllister Olivarius, counsel of record for Zan Sun and Qing Ling Cheng, plaintiffs in the above-referenced action. I respectfully request that the Court withdraw my appearance on behalf of said parties and remove me from all future Electronic Case Filing notifications in this action. Please note that I am not asserting any retaining or charging liens and other McAllister Olivarius attorneys who have appeared in this action will continue to represent Mr. Sun and Mrs. Cheng upon my withdrawal.

Respectfully submitted,

Pamela S. Takefman

641 LEXINGTON AVENUE | 13TH FLOOR | NEW YORK, NY 10022 | USA | +1 (212) 433-3456 | MCOLAW.COM

THE PEARCE BUILDING | WEST STREET | MAIDENHEAD | SL6 1RL | ENGLAND | +44 (0)20 3048 5959 | DX 6411 MAIDENHEAD

Partners:  **Dr Ann Olivarius** (Solicitor of England & Wales and Ireland; U.S. attorney licensed in MN, NH, VA, DC, ID & NY)
**Dr JFO McAllister** (Registered Foreign Lawyer and U.S. attorney licensed in NY & CT)