UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZAN SUN and QING LING CHENG,

Plaintiffs,

-against-

SHEN YUN PERFORMING ARTS, INC., et al.,

Defendants.

25-CV-3185 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

The Court has reviewed the parties' positions with respect to a stay of discovery set forth in ECF No. 47. Based on the parties' submission, the Court stays discovery until resolution of Defendant's Motion to Dismiss. The factors set forth in the parties' letters weigh in favor of a stay. Defendants have moved to dismiss this case, and it remains possible that this action will be resolved in its entirety at the motion to dismiss stage. Although the Court declines to address the merits of this motion now, the Court finds, after an initial review, that the motion "is potentially dispositive, and appears to be not unfounded in the law." *Negrete v. Citibank, N.A.*, No. 15-CV-7250 (RWS), 2015 WL 8207466, at *1 (S.D.N.Y. Dec. 7, 2015) (internal citation omitted). Plaintiffs also fail to articulate any particular, viable prejudice they will suffer as a result of the stay. Defendants, on the other hand, will be required to respond to discovery with respect to allegations that cover an over a ten-year period, which is likely to involve substantial resources from Defendants. For these reasons, the court grants Defendants' requested stay.

Additionally, the motion to withdraw from Plaintiffs' counsel Pamela S. Takefman is granted. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 48 and to remove Ms. Takefman from all future ECF notifications in this action.

Dated: December 4, 2025
        New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge