AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| ZAN SUN and QING LING CHENG | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    25-cv-03185 |
| SHEN YUN PERFORMING ARTS, INC. et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Zan Sun and Qing Ling Cheng                                                                 .

Date:     12/11/2025

/s/ Maura Abeln Smith
*Attorney's signature*

Maura Abeln Smith, Bar no. 5182662
*Printed name and bar number*

McAllister Olivarius
641 Lexington Avenue, 13th Floor
New York, New York 100022

*Address*

msmith@mcolaw.com

*E-mail address*

(212) 433-3164

*Telephone number*

(781) 658-2480

*FAX number*