UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ZAN SUN and QING LING CHENG,

                Plaintiffs,

-against-

SHEN YUN PERFORMING ARTS, INC., et al.,

                Defendants.

25-CV-3185 (JGLC)

**SCHEDULING ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

The Court held an initial pretrial conference with the parties on November 19, 2025. At that conference, both sides requested that the Court hold oral argument on the Motion to Dismiss filed at ECF No. 37. Their request is granted.

It is hereby ORDERED that all parties appear for oral argument on the pending Motion to Dismiss on **April 6, 2026, at 10:00 a.m.** in Courtroom 320 of the Charles L. Brieant Jr. Federal Building and United States Courthouse, 300 Quarropas Street, White Plains, New York 10601-4150.

Dated: February 24, 2026
       White Plains, New York

                                          SO ORDERED.

                                          *Jessica Clarke*

                                          JESSICA G. L. CLARKE
                                          United States District Judge