

*Sent via CM/ECF*

March 9, 2026

The Honorable Jessica G.L. Clarke
United States District Court
Southern District of New York
Charles L. Brieant Jr. Courthouse
300 Quarropas Street
White Plains, NY 10601

**Zan Sun et al. v. Shen Yun Performing Arts, Inc. et al., No. 7:25-cv-03185**

Dear Judge Clarke:

On behalf of Plaintiffs Zan Sun and Qing Ling Cheng, we write concerning the Court's order directing the parties to appear for oral argument on Defendants' pending motion to dismiss on April 6, 2026. Dkt. No. 51. In accordance with Section 2(e) of the Court's Individual Rules and Practices in Civil Cases, Plaintiffs respectfully request an adjournment. Defendants do not object to this request, and this is the first request of any party to adjourn this oral argument.

With apologies, counsel for Plaintiffs will not be available on April 6 because of a trial out of state and prior commitments in other matters. Counsel for the parties are available to appear alternatively on April 30, May 5, and May 6. There are no other appearances scheduled before the Court at this time.

Accordingly, Plaintiffs respectfully request the Court enter an order adjourning oral argument on Defendants' pending motion to dismiss to one of the alternative dates provided herein.

Respectfully submitted,

Matthew F. Paluch
*Counsel for Plaintiffs*

641 LEXINGTON AVENUE | 13TH FLOOR | NEW YORK, NY 10022 | USA | +1 (212) 433-3456 | MCOLAW.COM

HENNERTON HOUSE | WARGRAVE, READING | BERKSHIRE | RG10 8PD | UK | +44 (0)20 3048 5959

Partners:  **Dr Ann Olivarius** (Solicitor of England & Wales and Ireland; U.S. attorney licensed in MN, NH, VA, DC, ID & NY)
**Dr JFO McAllister** (Registered Foreign Lawyer and U.S. attorney licensed in NY & CT)