

*Sent via CM/ECF*

March 9, 2026

The Honorable Jessica G.L. Clarke
United States District Court
Southern District of New York
Charles L. Brieant Jr. Courthouse
300 Quarropas Street
White Plains, NY 10601

**Zan Sun et al. v. Shen Yun Performing Arts, Inc. et al., No. 7:25-cv-03185**

Dear Judge Clarke:

On behalf of Plaintiffs Zan Sun and Qing Ling Cheng, we write to provide the Court with an update concerning Plaintiffs' unopposed letter motion to adjourn oral argument on Defendants' pending motion to dismiss. Dkt. No. 53.

Upon Plaintiffs' filing of the unopposed letter motion this afternoon, counsel for Defendants contacted the undersigned to clarify availability for an alternative argument date. As a result, the parties hereby inform the Court that they are no longer available for an adjourned oral argument on April 30. However, the parties are available on May 5, May 6, May 7, May 27, and May 28.

We thank the Court for its attention to this matter.

Respectfully submitted,

Matthew F. Paluch
*Counsel for Plaintiffs*

641 LEXINGTON AVENUE | 13TH FLOOR | NEW YORK, NY 10022 | USA | +1 (212) 433-3456 | MCOLAW.COM

HENNERTON HOUSE | WARGRAVE, READING | BERKSHIRE | RG10 8PD | UK | +44 (0)20 3048 5959

Partners:  **Dr Ann Olivarius** (Solicitor of England & Wales and Ireland; U.S. attorney licensed in MN, NH, VA, DC, ID & NY)
           **Dr JFO McAllister** (Registered Foreign Lawyer and U.S. attorney licensed in NY & CT)