

**Human**
**Rights**
**Law**
**Foundation**

1333 New Hampshire Ave NW, Suite 200
Washington DC, 20036
Office: (202) 697-3859
Email: Terri.marsh.hrlf@gmail.com

April 30, 2026

**VIA ECF**

The Honorable Jessica G. L. Clarke
United States District Court for the
  Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

Re:    Unopposed Letter Motion for One of Defendants' Counsel to Appear at the May 5, 2026
         Hearing Remotely, *Zan Sun v. Shen Yun Performing Arts, Inc.*, Case No. 7:25-cv-03185

Dear Judge Clarke:

I am one of the attorneys for Defendants in the above-captioned case.  I respectfully request leave of court to join the conference scheduled for May 5, 2026, at 10:00 AM remotely.  Plaintiffs do not oppose this request.

I had originally planned to attend the hearing in person and had made arrangements to do so.  Due to an unexpected personal situation, however, it will be very difficult for me to join the scheduled argument in person.  Steven M. Schneebaum,* Justin E. Butterfield,* and Lea E. Patterson,* also counsel for Defendants, will attend the hearing in person and present argument on behalf of Defendants.

For the foregoing reasons, I respectfully request that the court permit me to join the May 5, 2026, conference by telephone or other remote means.

Respectfully submitted,

/s/ Terri E. Marsh
Terri E. Marsh*
Human Rights Law Foundation
1333 New Hampshire Ave NW, Suite 200
Washington, DC. 20036
Terri.marsh.hrlf@gmail.com
Tel: 202-774-0893

CC: All counsel of Record via ECF

* *Admitted pro hac vice.*

Application GRANTED. The Court will send remote access instructions to the email address listed on the docket. The Clerk of Court is respectfully directed to terminate ECF No. 56.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: May 1, 2026
         White Plains, New York