

MCALLISTER
OLIVARIUS

*Sent via CM/ECF*

May 4, 2026

The Honorable Jessica G.L. Clarke
United States District Court
Southern District of New York
Charles L. Brieant Jr. Courthouse
300 Quarropas Street
White Plains, NY 10601

**Zan Sun et al. v. Shen Yun Performing Arts, Inc. et al., No. 7:25-cv-03185**

Dear Judge Clarke:

On behalf of Plaintiffs Zan Sun and Qing Ling Cheng, we write to notify the Court of the following supplemental authority in support of Plaintiffs' opposition to Defendants' pending motion to dismiss. This decision was issued after the pending motion was fully briefed. A copy of this decision is attached as Exhibit A.

*Ratha v. Rubicon Res., LLC, 168 F.4th 541 (9th Cir. 2026)*

We thank the Court for its attention to this matter and look forward to oral argument.

Respectfully submitted,

Matthew F. Paluch
*Counsel for Plaintiffs*

641 LEXINGTON AVENUE | 13TH FLOOR | NEW YORK, NY 10022 | USA | +1 (212) 433-3456 | MCOLAW.COM

HENNERTON HOUSE | WARGRAVE, READING | BERKSHIRE | RG10 8PD | UK | +44 (0)20 3048 5959

Partners:  **Dr Ann Olivarius** (Solicitor of England & Wales and Ireland; U.S. attorney licensed in MN, NH, VA, DC, ID & NY)
**Dr JFO McAllister** (Registered Foreign Lawyer and U.S. attorney licensed in NY & CT)