# Butterfield &Patterson

Butterfield & Patterson, PLLC
P.O. Box 941681
Plano, Texas 75094

(945) 284–0700

ButterfieldPatterson.com

May 4, 2026

Hon. Jessica G.L. Clarke
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

RE:   *Zan Sun et al. v. Shen Yun Performing Arts, et al.*, No. 7:25-cv-03185;
Emergency Request to Appear Remotely at May 5, 2026 Motion to
Dismiss Hearing.

Dear Judge Clarke:

Lea Patterson and I are among the counsel for Defendants who planned to appear at the May 5th hearing on the pending motion to dismiss. We became ill over the weekend with symptoms consistent with COVID-19, and, therefore, are unable to travel to attend the hearing in person. Steven Schneebaum, lead counsel for Defendants, will be attending in person. Mr. Schneebaum and I intended to request to divide the argument time between us. Given the present circumstances, Ms. Patterson and I respectfully request leave to attend the hearing remotely: myself to participate in the argument, and Ms. Patterson in a listen-only capacity.

We have conferred with counsel for Plaintiffs, and they are unopposed. We appreciate the Court's patience, and we apologize for the inconvenience.

Sincerely,

*Justin Butterfield*

Justin Butterfield

1