UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZAN SUN and QING LING CHENG,<br><br>      Plaintiffs,<br><br> -against-<br><br>SHEN YUN PERFORMING ARTS, INC., et al.,<br><br>      Defendants. | 25-CV-3185 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

In light of counsel's illness and request to divide the argument among counsel, *see* ECF No. 59, IT IS HEREBY ORDERED that the conference in this matter, previously scheduled for May 5, 2026, at 10:00 a.m. in Courtroom 320 of the Charles L. Brieant Jr. Federal Building and United States Courthouse, is RESCHEDULED for the same date and time **on Microsoft Teams.**

The Court has provided counsel with Microsoft Teams log-in credentials at the email addresses listed on the docket. The public listen-only line may be accessed by dialing: 646-453-4442 | Access Code: 1118338688#.

The Clerk of Court is respectfully directed to terminate ECF No. 59.

Dated: May 4, 2026
   New York, New York

          SO ORDERED.

          *Jessica Clarke*

          JESSICA G. L. CLARKE
          United States District Judge