# Butterfield &Patterson

Butterfield & Patterson, PLLC
P.O. Box 941681
Plano, Texas 75094

(945) 284–0700

ButterfieldPatterson.com

May 20, 2026

Hon. Judith C. McCarthy
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601

RE: *Zan Sun et al. v. Shen Yun Performing Arts*, et al., No. 7:25-cv-03185;
Unopposed Request for Extension of Deadline to Answer.

Dear Judge McCarthy:

I write on behalf of the defendants in the above-referenced action to request an extension to file their answer to the Amended Complaint. On May 18, 2026, Judge Clarke denied Defendants' motion to dismiss and referred the case to you for general pretrial proceedings. Under Federal Rule of Civil Procedure 12(a)(4)(A), Defendants' Answer is currently due on June 1st, 2026. We respectfully request an extension of that deadline to June 29th, 2026. The Amended Complaint contains over 200 paragraphs of allegations and brings eight claims against six different defendants. In addition, the corporate Defendants are about to close for a regularly scheduled summer vacation, and their records and representatives will be unavailable until June 7th.

This is Defendants' first request for extension of the deadline to answer, and counsel for Plaintiffs have consented to the extension.

Sincerely,

Lea Patterson

1