UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZAN SUN and QING LING CHENG,<br><br>    Plaintiffs,<br><br>    v.<br><br>SHEN YUN PERFORMING ARTS, INC.,<br>FEI TIAN COLLEGE, FEI TIAN<br>ACADEMY OF THE ARTS, DRAGON<br>SPRINGS BUDDHIST INC., HONGZHI LI,<br>and RUI LI,<br><br>    Defendants. | Case No. 7:25-cv-03185 (JGLC)<br><br>**Declaration of Terri Marsh in Support of<br>Motion to Withdraw as<br>Counsel for the Entity Defendants** |

I, Terri Marsh, declare as follows:

1.      On July 3, 2025, I moved for admission *pro hac vice* in this matter to appear as counsel for Shen Yun Performing Arts, Inc., Fei Tian College, Fei Tian Academy of the Arts, Dragon Springs Buddhist Inc., Hongzhi Li, and Rui Li ("Defendants").

2.      On July 21, 2025, the Court granted that motion.

3.      Since that time, I have faithfully represented the Defendants in this matter and worked diligently and efficiently, advocating, respecting, and preserving all rights and defenses, and ensuring all deadlines were maintained.

4.      The reason for my request to withdraw as counsel for Shen Yun Performing Arts, Inc., Fei Tian College, Fei Tian Academy of the Arts, and Dragon Springs Buddhist Inc. (the "Entity Defendants") is because all Defendants have requested that I withdraw from my representation of the Entity Defendants but continue in my representation of Hongzhi Li and Rui Li.

5.      The Entity Defendants consent to my withdrawal from representing them in this

matter and my continuing representation of Hongzhi Li and Rui Li.

6.      Lea Patterson, Steven Schneebaum, and Justin Butterfield will continue to represent the Entity Defendants.

7.      I do not anticipate that my withdrawal will have any impact on any pending deadlines.

8.      I am not asserting a retaining or charging lien of any kind.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: June 25, 2026

/s/ Terri E. Marsh
Terri E. Marsh*
Human Rights Law Foundation
1333 New Hampshire Ave NW, Suite 200
Washington, DC. 20036
Terri.marsh.hrlf@gmail.com
Tel: 202-774-0893

* *Admitted pro hac vice.*