UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZAN SUN and QING LING CHENG,

                Plaintiffs,

-against-

SHEN YUN PERFORMING ARTS, INC., FEI
TIAN COLLEGE, FEI TIAN ACADEMY OF
THE ARTS, DRAGON SPRINGS BUDDHIST
INC., HONGZHI LI, and RUI LEE

                Defendants.

Case No. 25-cv-3185 (JGLC) (JCM)

**STIPULATION AND ORDER FOR
SUBSTITUTION OF COUNSEL**

WHEREAS, Defendants Hongzhi Li and Sandy Li (incorrectly identified as "Rui Lee" in the caption, and together with Hongzhi Li, the "Li Defendants") have been named as defendants in the above-captioned Action; and

WHEREAS, the law firm of Steven M. Schneebaum, PC, specifically Steven M. Schneebaum, has appeared on behalf of the Li Defendants in this Action; and

WHEREAS, the law firm of Butterfield & Patterson, PLLC, specifically Justin Butterfield and Lea E. Patterson, have appeared on behalf of the Li Defendants in this Action; and

WHEREAS, the Li Defendants now wish to substitute the law firm of Lauro & Singer, specifically John F. Lauro and Justin F. Song, as their new counsel of record in place and instead of Steven M. Schneebaum, PC and Butterfield & Patterson, PLLC; and

WHEREAS, Steven M. Schneebaum, PC and Butterfield & Patterson, PLLC have agreed to such substitution;

NOW, THEREFORE, it is hereby stipulated and agreed by and between the undersigned counsel and the Li Defendants that, pursuant to Local Civil Rule 1.4 of the United States District

1

Court for the Southern District of New York, Lauro & Singer shall be and is hereby substituted in lieu of Steven M. Schneebaum, PC and Butterfield & Patterson, PLLC, as counsel of record for the Li Defendants.

IT IS FURTHER AGREED that this Stipulation may be executed in counterparts.

**STEVEN M. SCHNEEBAUM, PC**    **LAURO & SINGER**


By: _/s/ Steven M. Schneebaum_    By: _/s/ John F. Lauro_
Steven M. Schneebaum, Esq.    John F. Lauro, Esq.
sms@smslawdc.com    Justin F. Song, Esq.
1750 K Street, N.W.    jlauro@laurosinger.com
Suite 1210    jsong@laurosinger.com
Washington, DC 20006    1330 Avenue of the Americas, 23rd Floor
(202) 742-5900    New York, NY 10022
    (813) 222-8990


**BUTTERFIELD & PATTERSON, PLLC**


By: _/s/ Justin Butterfield_    By: _/s/ Lea E. Patterson_
Justin Butterfield, Esq.    Lea E. Patterson, Esq.
justin@butterfieldpatterson.com    lea@butterfieldpatterson.com
P.O. Box 941681    P.O. Box 941681
Plano, TX 75094    Plano, TX 75094
(945) 284-0702    (945) 284-0702


**LI DEFENDANTS**


By: _/s/ Hongzhi Li_    By: _/s/ Sandy Li_
Hongzhi Li    Sandy Li


**SO ORDERED:**

_____
Hon. Judith C. McCarthy
United States Magistrate Judge

2