

*Sent via CM/ECF*

August 11, 2026

Honorable Judith C. McCarthy
United States District Court
Southern District of New York
Charles L. Brieant Jr. Courthouse
300 Quarropas Street
White Plains, NY 10601

**Zan Sun et al. v. Shen Yun Performing Arts, Inc. et al., No. 7:25-cv-03185**

Dear Magistrate Judge McCarthy:

On behalf of Plaintiffs Zan Sun and Qing Ling Cheng, I write concerning the initial conference in this matter scheduled for Thursday, August 13.

In accordance with Section 1(a) of the Court's Individual Rules of Practice, Plaintiffs respectfully request that the initial conference proceed virtually. Plaintiffs' lead counsel, Maura A. Smith, resides out of state and is unable to attend in person. Defendants do not object to this request.

Accordingly, Plaintiffs request the Court enter an order directing Thursday's initial conference be held in a virtual format.


Respectfully submitted,

Matthew F. Paluch
*Counsel for Plaintiffs*

641 LEXINGTON AVENUE | 13TH FLOOR | NEW YORK, NY 10022 | USA | +1 (212) 433-3456 | MCOLAW.COM

HENNERTON HOUSE | WARGRAVE, READING | BERKSHIRE | RG10 8PD | UK | +44 (0)20 3048 5959

Partners:  **Dr Ann Olivarius** (Solicitor of England & Wales and Ireland; U.S. attorney licensed in MN, NH, VA, DC, ID & NY)
            **Dr JFO McAllister** (Registered Foreign Lawyer and U.S. attorney licensed in NY & CT)