UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZAN SUN and QING LING CHENG,<br><br>Plaintiffs,<br><br>-against-<br><br>SHEN YUN PERFORMING ARTS, INC., FEI TIAN COLLEGE, FEI TIAN ACADEMY OF THE ARTS, DRAGON SPRINGS BUDDHIST INC., HONGZHI LI, and RUI LI<br><br>Defendants. | 25-cv-3185 (JGLC)(JCM)<br><br><br>**CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER** |

1. The case is to be tried to a jury.

2. Joinder of additional parties must be accomplished by **September 14, 2026.**

3. Amended pleadings may be filed until **September 14, 2026.**

4. Interrogatories are to be served by all counsel no later than **September 30, 2026**, and responses to such interrogatories shall be served within thirty (30) days thereafter. The provisions of Local Civil Rule 33.3 **shall** apply to this case.

5. First request for production of documents shall be completed by **September 30, 2026.**

6. Non-expert depositions shall be completed by **January 31, 2028.**

    a. Unless counsel agree otherwise or the Court "So Orders," depositions shall not be held until all parties have responded to any first requests for production of documents.

    b. Depositions shall proceed concurrently.

7. Any further interrogatories, including expert interrogatories, shall be served no later than **January 31, 2028.**

8. Requests to admit, if any, shall be served no later than **January 31, 2028.**

9. Expert reports shall be served no later than **February 29, 2028**.

10. Rebuttal expert reports shall be served no later than **March 29, 2028.**

11. Expert depositions shall be completed by **May 29, 2028.**

12. **ALL DISCOVERY SHALL BE COMPLETED BY May 29, 2028.**

13. Additional provisions agreed upon by counsel **are** attached hereto and made a part hereof.

14. Any motions shall be filed in accordance with the Court's Individual Practices.

15. This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court.

Dated: _____8-14-2026_____
       White Plains, New York

SO ORDERED:

_____
JUDITH C. McCARTHY
United States Chief Magistrate Judge

## ADDITIONAL PROVISIONS TO CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER

Pursuant to Paragraph 13, the following additional provisions are agreed upon by counsel, attached hereto, and made a part hereof:

1. **Scope of Interrogatories (Paragraphs 4 and 7).** The deadline set forth in Paragraph 4 applies solely to the first set of interrogatories, meaning the interrogatories authorized at the commencement of discovery under Local Civil Rule 33.3(a). All interrogatories other than that first set, including contention interrogatories authorized under Local Civil Rule 33.3(c) and expert interrogatories, are governed by Paragraph 7 and shall be served no later than January 31, 2028, which is the final date by which any interrogatory may be served in this action.

2. **Scope of Non-Expert Depositions (Paragraph 6).** The non-expert depositions referenced in Paragraph 6 include the depositions of treating physicians and other treating medical professionals. Such depositions shall be governed by the deadline for completion of non-expert depositions set forth in Paragraph 6 and shall not be treated as expert depositions under Paragraph 11.

3. **Sequence of Party and Non-Party Depositions (Paragraph 6(c)).** The parties agree to coordinate in good faith regarding the scheduling of all depositions, and that there will not be a default distinction between party and non-party depositions.